**E-Filed 11/28/2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CLIFFORD HAYTER,<br><br>    Petitioner,<br><br>  v.<br><br>KEN CLARK, Warden,<br><br>    Respondent. | Case Number 5:09-cv-00457-JF<br><br>ORDER GRANTING PETITIONER'S MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL<br><br>[re: dkt. entry 32] |

Petitioner, a California prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 in which he challenged his conviction of first degree murder, second degree burglary, and assault. The petition was denied as untimely. Petitioner has filed a motion for leave to proceed *in forma pauperis* on appeal. Pursuant to Federal Rule of Appellate Procedure 24(a)(1), Petitioner's request to appeal in forma pauperis is GRANTED.

DATED: 11/28/2011

_____
JEREMY FOGEL
United States District Judge